IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Redhawk Global, LLC, | : | |
| Plaintiff | : | Civil Action 2:11-cv-666 |
| v. | : | Judge Sargus |
| World Projects Int'l, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

Any brief filed by a defendant in opposition to Plaintiff's request (Doc. 49) under Fed. R. Civ. P. 56(d) to defer the consideration of Defendants' motion for summary judgment shall be filed no later than **Wednesday, May 16, 2012**.

s/Mark R. Abel
United States Magistrate Judge

1