IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Redhawk Global, LLC, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00666 |
| v. | : | Judge Sargus |
| World Projects International, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

The mediation set for June 13, 2012 is CANCELLED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, John Burtch, 65 E. State Street, Suite 2100, Columbus, Ohio 43215.

<u>s/ Mark R. Abel</u>
United States Magistrate Judge