UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**REDHAWK GLOBAL, LLC**

    **Plaintiff,**

v.

Case No. C2-11-0666
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

**WORLD PROJECTS INTERNATIONAL, et al.,**

    **Defendants.**

## OPINION AND ORDER

This matter is before the Court on the Motion of Defendants JRO Holding, Inc., John Rouse, Captain Nicholas Jacomides, and Kevin O'Shea for Reconsideration of Discovery Order Issued by Magistrate Judge on May 22, 2012 ("Motion for Reconsideration"). (Doc. No. 60.) This Court "may reconsider any pretrial matter . . . where it has been shown that the magistrate's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). Here, the Court has reviewed Magistrate Judge Abel's discovery order (Doc. No. 56) and finds that is not clearly erroneous nor contrary to law. Accordingly, the Court **DENIES** the individual defendants' Motion for Reconsideration. (Doc. No. 60.)

**IT IS SO ORDERED.**

6-11-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE