UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**REDHAWK GLOBAL, LLC,**

    **Plaintiff,**

                              Case No. 2:11-cv-666
v.                               **JUDGE EDMUND A. SARGUS, JR.**
                              Magistrate Judge Mark R. Abel

**WORLD PROJECTS INTERNATIONAL, et al.,**

    **Defendants.**

### ORDER

The Clerk is **DIRECTED** to **REMOVE** from the Court's pending motions list, the Motion for Summary Judgment by Defendants Interactive Logistics, Inc., World Warehouse & Distribution, Inc. (Doc. No. 33.) These two defendants have been dismissed from this action. (Doc. No. 63.)

**IT IS SO ORDERED.**

\_\_8-17-2012\_\_                                    _____
**DATE**                                             **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**