IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Redhawk Global, LLC,                          :

        Plaintiff                    :        Civil Action 2:11-cv-00666

v.                                            :        Judge Sargus

World Projects International, Inc., *et al.*, :        Magistrate Judge Abel

        Defendants                   :

# Order

The parties' August 24, 2012 joint motion to amend the case schedule and to stay the dispositive motion deadline pending the disposition of defendants' motion to dismiss (doc. 70) is GRANTED.

                                                         s/ Mark R. Abel
                                                         United States Magistrate Judge